[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
OCTOBER 24, 2011
JOHN LEY
CLERK

No. 11-11221
Non-Argument Calendar
_____

D.C. Docket No. 1:10-cr-00215-WS-C-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MAURICE HAYNES,
a.k.a. Mauricio Livingston,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Alabama

_____

(October 24, 2011)

Before WILSON, PRYOR and KRAVITCH, Circuit Judges.

PER CURIAM:

Arthur J. Madden, III, appointed counsel for Maurice Haynes, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merits of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Haynes's conviction and sentence are **AFFIRMED**. This case is **REMANDED** to the district court, however, with instructions to correct a clerical error in the written judgment. *See United States v. Diaz*, 190 F.3d 1247, 1251-53 (11th Cir. 1999) (remanding for the purpose of correcting clerical error in the defendant's judgment). Rather than indicating that Haynes pled guilty, the judgment should indicate that Haynes was found guilty by a jury after pleading not guilty.